**Electronically Filed**
**Supreme Court**
**SCWC-17-0000414**
**16-JUL-2020**
**02:15 PM**

SCWC-17-0000414

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

STATE OF HAWAI'I,
Respondent/Plaintiff-Appellee,

vs.

ETHAN FERGUSON,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-17-0000414; CR. NO. 16-1-0030)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, and Wilson, JJ.,
and Circuit Judge Morikawa, in place of Pollack, J., recused)

Petitioner Ethan Ferguson's, application for writ of

certiorari filed on June 1, 2020, is hereby rejected.

DATED:  Honolulu, Hawai'i, July 16, 2020.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Trish K. Morikawa

